AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Jason William Wallis

*Defendant*

)
)
)
)
)
)
)

Case: 1:23-mj-00282
Assigned To : Faruqui, Zia M.
Assign. Date : 10/26/2023
Description: Complaint W/ Arrest Warrant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jason William Wallis                                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) – Obstruction of Law Enforcement During Civil Disorder
18 U.S.C. § 111(a)(1), and (b) and 18 U.S.C. § 2, Assault Law Enforcement Officer with a Deadly or Dangerous Weapon, Attempt
18 U.S.C. § 1752(a)(1) – Enter or Remain in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4) – Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct on Capitol Grounds or in an of the Capitol Buildings
40 U.S.C. § 5104(e)(2)(F) – Engaging in Physical Violence in the Capitol Grounds or any of the Capitol Buildings
40 U.S.C. § 5104(e)(2)(G) – Parade, Demonstrate, or Picket in any of the Capitol Buildings.

Date:   10/26/2023

Zia M. Faruqui
2023.10.26
12:21:31 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/26/23 , and the person was arrested on *(date)* 10/28/23
at *(city and state)* St. Louis, MO .

Date: 10/30/23

*Arresting officer's signature*

Russell M Windsor   DUSM
*Printed name and title*