IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JASON W. WALLIS,  )<br>  )<br>   Defendant.  )<br>  ) | Case No. 1:23-cr-00388 RDM |

### ENTRY OF APPEARANCE

Comes now, Jeffrey A. Goldfarb, and hereby enters his appearance on behalf of Defendant JASON WALLIS.

Respectfully submitted,

GOLDFARB LAW GROUP, L.L.C.

By: /s/ Jeffrey A. Goldfarb
   Jeffrey A. Goldfarb,#MO0026 / 45091MO
   222 South Meramec, Suite 203
   St. Louis, Missouri 63105
   Office: 314-266-9999
   Cell: 314-229-1028
   Fax: 314-897-5737
   Jeff@314law.com

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was forwarded via automatic operation of the Court's electronic filing system on 12/13/23 to all parties.

By: /s/ Jeffrey A. Goldfarb