**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| )                                    | |
| Plaintiff,                         ) | |
| )                                    | Case No. 1:23-cr-00388 RDM |
| vs.                                  ) | |
| )                                    | |
| JASON W. WALLIS,                   ) | |
| )                                    | |
| Defendant.                         ) | |
| )                                    | |

**UNOPPOSED MOTION FOR ORDER DIRECTING PRETRIAL SERVICES OFFICE TO EVALUATE DEFENDANT'S RESIDENCE FOR POSSIBLE RELEASE**

    Comes now, Defendant Jason Wallis, by and through counsel, Jeffrey A. Goldfarb, and hereby respectfully requests this Court direct the United States Pretrial Services Office to conduct an evaluation (home study) of Defendant's residence in Missouri. This home study would evaluate whether Defendant's residence would be suitable for home incarceration, with the same conditions as those imposed on codefendant Jared Owens. These conditions should include that Defendant Wallis be restricted to 24-hour lock-down at his residence, except for medical necessities and court appearances or other activities specifically approved by the court, and that Defendant Wallis submit to location monitoring as directed by Pretrial Services or his supervising Pretrial Services officer.

    The United States, through Assistant United States Attorney, Lynnett M. Wagner, does not oppose this request. While the parties have not yet come to an agreement concerning resolution of Defendant Wallis' pending motion for review of his detention order, the parties are actively working toward that end. Accordingly, the parties request that the Court order the U.S. Pretrial Services Office to conduct a home study to determine whether Defendant Wallis has a home that would be suitable for the same level of monitoring and the same conditions of release as the Court has ordered for codefendant Owens.

Respectfully submitted,

GOLDFARB LAW GROUP, L.L.C.

By: /s/ Jeffrey A. Goldfarb
Jeffrey A. Goldfarb, #MO0026 / 45091MO
222 South Meramec, Suite 203
St. Louis, Missouri 63105
Office: 314-266-9999
Cell:    314-229-1028
Fax:    314-897-5737
Jeff@314law.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was forwarded via automatic operation of the Court's electronic filing system on 1/17/24 to all parties.

By: /s/ Jeffrey A. Goldfarb