Exhibit 10

Items Discovered at

Jason William WALLIS residence



*Image 14, photograph of green tactical helmet seized at Wallis' residence on October 30, 2023.*



*Image 15, Photograph of an American flag neck gaiter seized at Wallis' residence on October 30, 2023.*



*Image 16, Photograph of gas mask seized at Wallis' residence on October 30, 2023.*