UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-CR-388-1 (RDM) |
| : | |
| JASON WILLIAM WALLIS, : | |
| : | |
| Defendant. : | |

### NOTICE REGARDING GOVERNMENT'S POSITION ON DEFENDANT'S MOTION FOR DETENTION HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of a change in the Government's position regarding Defendant Wallis' Motion for Detention Hearing, ECF 27. On January 18, 2024, the United States filed a response in opposition to Defendant's Motion for Detention Hearing, and in opposition to Defendant's request for release from pre-trial detention. ECF 30.

On February 5, 2024, the Court provided the parties with a proposed Order Setting Conditions of Release ("proposed Order"). The proposed Order was prepared by Pretrial Services. After reviewing the proposed Order, the Government consulted with Jeff Goldfarb, Defendant's counsel. Mr. Goldfarb indicated that the Defendant agrees to the terms of the proposed Order as it is written.

Based on the terms and conditions of the proposed Order, and the agreement by Defendant, the United States withdraws its opposition to the Defendant's Motion for Detention Hearing. The United States does not oppose the Court modifying the current detention order for Defendant Wallis to allow release based on the terms and conditions contained in the proposed Order.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052


By:    */s/ Lynnett M. Wagner*
        Assistant United States Attorney
        Nebraska Bar No. 21606
        Assistant United States Attorney
        United States Attorney's Office
        District of Columbia
        601 D Street NW
        Washington, DC 20530
        402-661-3700
        LWagner@usa.doj.gov