# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JASON W. WALLIS, )<br>)<br>Defendant. )<br>) | Case No. 1:23-cr-00388 RDM |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Comes now, Defendant, Jason WALLIS, by and through counsel, and hereby respectfully requests this Court modify the terms of his release, changing the requirement of home confinement to home detention. In support of this request, Defendant states as follows:

1. Following the filing of a prior unopposed motion to modify the terms of release (Doc. 50), on July 26, 2024 this Court granted Wallis' motion, permitting him to attend church services on Sundays provided he followed a specific time schedule.

2. Thereafter, the undersigned was contacted by the Pretrial Services Office ("Pretrial") in this district detailing that it was unable to comply with this Court's order since the terminology used in the Order Setting Conditions of Release (Doc. 32) required Mr. Wallis to be on home confinement pursuant to condition 7(p).

3. According to Pretrial, Mr. Wallis would be able to attend the previously permitted church services if the condition was modified from home confinement to home detention.

4. Should this modification be made, all other conditions of release would remain the same.

5. Counsel has discussed this request with Mr. Joseph Smith, Assistant United States Attorney.  Mr. Smith does not object to this modification.

WHEREFORE, Defendant respectfully requests his conditions of release be modified placing him on home detention instead of home incarceration.

Respectfully submitted,

GOLDFARB LAW GROUP, L.L.C.

By: /s/ Jeffrey A. Goldfarb
Jeffrey A. Goldfarb, #MO0026 / 45091MO
222 South Meramec, Suite 203
St. Louis, Missouri 63105
Office: 314-266-9999
Cell:    314-229-1028
Fax:    314-897-5737
Jeff@314law.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was forwarded via automatic operation of the Court's electronic filing system on 8/1/2024 to all parties.

By:   /s/ Jeffrey A. Goldfarb
        Jeffrey A. Goldfarb