UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 23-cr-0388-RDM |
| ) | |
| **JASON WILLIAM WALLIS,** ) | |
| **JARED LUTHER OWENS,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### JOINT STATUS REPORT-PROPOSED SCHEDULING ORDER

The United States of America and Defendants Jason William Wallis and Jared Luther Owens, through their undersigned attorneys, and in accordance with the Court's instructions at the status conference and November 15, 2024 Minute Order, hereby submit a joint proposed Scheduling Order.

WHEREFORE, the parties jointly request that the Court enter a Scheduling Order consistent with the attached proposed Scheduling Order.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
District of Columbia
Bar No. 481052

        By:    */s/Joseph S. Smith, Jr*
                Joseph S. Smith, Jr.
                Assistant United States Attorney
                CA Bar No. 200108
                United States Attorney's Office
                District of Columbia
                601 D Street, N.W.
                Washington, D.C. 20001
                (619) 546-8299
                Joseph.s.smith@usdoj.gov

*Counsel for Defendant Wallis*

*/s/ Jeffrey Goldfarb*
Jeffrey Goldfarb
GOLDFARB LAW GROUP, LLC
222 South Meramec Avenue
Suite 203
Clayton, MO 63105
314-229-1028
Email: jeff@314law.com

*Counsel for Defendant Owens*

*/s/ Angela L. Williams*
Angela L Williams
FEDERAL PUBLIC DEFENDERS
1000 Walnut
Suite 600
Kansas City, MO 64106
816-471-8282
Email: angie_williams@fd.org