UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　v.<br><br>JASON WILLIAM WALLIS,<br>JARED LUTHER OWENS,<br><br>　Defendants. | Case No. 23-CR-0388-RDM |

**UNITED STATES' MOTION TO DISMISS INDICTMENT WITH PREJUDICE PURSUANT TO FEDERAL RULE CRIMINAL PROCEDURE 48(a)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion.

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves to dismiss the indictment against both defendants with prejudice. The government cites to the Executive Order dated January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, as the reason for this dismissal. Counsel for the Defendants have each been contacted and neither object to this motion.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　EDWARD R. MARTIN, JR.
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 481866

　　　　　　　　　　　　　　　　　　　　/s/ *Joseph S. Smith, Jr.*
　　　　　　　　　　　　　　　　　　　　JOSEPH S. SMITH, JR.
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　CA Bar No. 200108
　　　　　　　　　　　　　　　　　　　　601 D Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　joseph.s.smith@usdoj.gov
　　　　　　　　　　　　　　　　　　　　(619) 546-8299